IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-00029-FL-1
No. 4:15-CR-00029-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AUGUSTO ESPINDOLA-PINEDA and HUBERTO ESPINDOLA-SOTO, | ) ) ) | |
| Defendants. | ) | |

This matter is before the court with regard to Defendant Espindola-Pineda's Motions to Suppress [DE-78, -79] and Motion in Limine [DE-80]. A hearing on Defendant Espindola-Soto's Motions to Suppress [DE-47, -66] is already scheduled for **Monday, October 5, 2015, at 10:30 a.m.** in Courtroom 3 of the Alton Lennon Federal Building in Wilmington, North Carolina. As the motions to suppress for both Defendants involve similar legal and factual issues and will involve the same witnesses, all motions to suppress in this case will be heard on the date listed above. Additionally, to the extent a hearing is necessary on Defendant Espindola-Pineda's Motion in Limine [DE-80], the undersigned will take up that motion after the conclusion of the hearing on the motions to suppress.

The United States Attorney's Office is directed to make the necessary arrangements to ensure the appearance of both Defendants at the hearing.

SO ORDERED, this the 9 day of September 2015.

Robert B. Jones, Jr.
United States Magistrate Judge