IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-29-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AUGUSTO ESPINDOLA-PINEDA and | ) | |
| HUBERTO ESPINDOLA-SOTO, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., regarding defendants' motions to suppress. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, defendants' motions to suppress (DE 47, 66, 79) are DENIED. The clerk of court is DIRECTED to set this case for arraignment at the next available criminal court session.

SO ORDERED this the 29th day of February, 2016.

LOUISE W. FLANAGAN
United States District Judge