UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-29-1(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | MOTION TO WITHDRAW |
| ] | MOTION *IN LIMINE* TO |
| AUGUSTO ESPINDOLA-PINEDA ] | EXCLUDE CERTAIN EVIDENCE |
| A/K/A "ESTEVAN" "ESPINOLA- ] | |
| ORTUNA" A/K/A "SAPO" ] | |
| ] | |

For good cause shown Defendants' Motion to Withdraw Motion *In Limine* filed September 9, 2015 is hereby GRANTED.

SO ORDERED, this 13th day of June, 2016.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE